IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**STEADFAST INSURANCE COMPANY, et al.,**

      **Plaintiffs,**

**v.**                         **CIVIL ACTION NO. 2:15-CV-09203**

**BERKLEY NATIONAL INSURANCE COMPANY, et al.,**

      **Defendants.**

## JOINT STATUS REPORT OF
## PLAINTIFF ARCH INSURANCE COMPANY AND
## DEFENDANT BERKLEY NATIONAL INSURANCE COMPANY

Plaintiff Arch Insurance Company, by counsel Laura E. Hayes, and Defendant Berkley National Insurance Company, by counsel John Andrew "Jack" Smith, jointly submit this status report to the Court pursuant to the Court's Order entered March 12, 2018. The parties jointly request that the stay entered be lifted and this action be returned to the active docket. Counsel have conferred, and in keeping with the spirit and timeframe of the Court's Amended Scheduling Order, request approximately two and half months for completion of discovery with a discovery completion date of September 3, 2018. The time provided to counsel by the Court's stay was very useful and greatly appreciated.

Prepared By:

/s/  John Andrew Smith
John Andrew Smith, Esq. (WV Bar No. 3470)
Jason L. Holliday, Esq. (WV Bar No. 12749)
Flaherty Sensabaugh Bonasso PLLC
PO Box 3843
Charleston, WV 25338-3843
jsmith@flahertylegal.com
jholliday@flahertylegal.com

Approved By:

/s/  Laura E. Hayes
Don C.A. Parker (WV Bar No. 7766)
Laura E. Hayes (WV Bar No. 7345)
P.O. Box 273
Charleston, WV 25321-0273
304.340.3800 – phone
304.340.3801 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing "***Joint Status Report of Plaintiff Arch Insurance Company and Defendant Berkley National Insurance Company***" upon all counsel of record via the Court's Electronic Case Filing system, this 31st day of May, 2018.

                s/ John Andrew Smith
                John Andrew Smith, Esq. (WV Bar No. 3470)
                Jason L. Holliday, Esq. (WV Bar No. 12749)
                Flaherty Sensabaugh Bonasso PLLC
                PO Box 3843
                Charleston, WV 25338-3843
                jsmith@flahertylegal.com
                jholliday@flahertylegal.com
                tpratt@flahertylegal.com
                ***Attorneys for Defendants,***
                ***Berkley National Insurance Company***
                ***& Stric-Lan Companies, LLC***